**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Suite 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
Sherise Yamada

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERISE YAMADA,<br><br>      Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>      Defendant(s). | Case No.: 2:15-cv-00776-MCE-EFB<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

NOW COMES Plaintiff, SHERISE YAMADA, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settlement the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41*

- 1 -

NOTICE OF SETTLEMENT

voluntary dismissal, with prejudice, within sixty (60) days.

Dated: July 17, 2015

RESPECTFULLY SUBMITTED,

**MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorney for Plaintiff*

**PROOF OF SERVICE**

I filed electronically on this 17th day of July, 2015, **NOTICE OF SETTLEMENT**, with:

United States District Court CM/ECF system
Notification sent electronically on this 17th day of July, 2015, to:

THOMAS F. LANDERS
SOLOMON WARD SEIDENWURM & SMITH, LLP
tlanders@swsslaw.com


This 17th day of July, 2015



<u>s/Nicholas J. Bontrager</u>

Nicholas J. Bontrager