UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERISE YAMADA,**<br><br>       **Plaintiff,**<br><br>   vs.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.,**<br><br>       **Defendant(s).** | Case No.: 2:15-cv-00776-MCE-EFB<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

   In accordance with the stipulation of the parties and good cause appearing, it is hereby ORDERED that the instant matter is hereby dismissed in its entirety, with prejudice pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii)*, with each party to bear its own attorneys' fees and costs incurred.  The matter having now been concluded, the Clerk of Court is directed to close the file.

   IT IS SO ORDERED.

DATED: October 20, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 1 -

ORDER

P:00949001-2:87026.077